United States District Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| INSURENCE DISTRIBUTION CONSULTING, LLC, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-96 |
| | § | |
| FREEDOM EQUITY GROUP, LLC, | § § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 6, 2020, all dispositive pretrial matters and all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A). Dkt. 29. Judge Edison filed a memorandum and recommendation on November 26, 2021, recommending that defendant/counter-plaintiff Freedom Equity Group, LLC's Motion for Partial Summary Judgment, Dkt. 63, be granted. *See* Dkt. 92.

On December 10, 2021, Freedom Equity Group filed its objections to the memorandum and recommendation. *See* Dkt. 93. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has

been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation, Dkt. 92, is approved and adopted in its entirety as the holding of the court; and

(2) Defendant Freedom Equity Group's Motion for Partial Summary Judgment, Dkt. 63, is denied.

Signed on Galveston Island this 14th day of December 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE